# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ANTHONY JONES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76231

FILED

APR 1 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a motion to modify or correct an illegal sentence.[1] Eighth Judicial District Court, Clark County; Michael Villani, Judge.

On September 26, 2006, the district court convicted appellant, pursuant to a guilty plea, of second-degree murder with the use of a deadly weapon. The district court sentenced appellant to serve two consecutive terms of life in prison with the possibility of parole after 10 years. Appellant did not file a direct appeal.

In his motion filed on May 18, 2018, appellant, who was 16 years old at the time of the crime, contended that the district court lacked jurisdiction to impose sentence because appellant's certification as an adult was improper under former NRS 62B.390.[2] Because the crime of murder did not fall within the juvenile court's jurisdiction, NRS 62B.330(3)(a); 2003

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]2003 Nev., Stat., ch. 206 § 53, at 1030-31.

19-16058

Nev. Stat., ch. 206 § 47, at 1029, the district court did not err in denying appellant's motion. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Cadish

cc:   Hon. Michael Villani, District Judge
      Michael Anthony Jones
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk